## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR422 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN PALMA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Geoffrey C. Hall to withdraw as counsel for defendant, John Palma (Palma) (Filing No. 24).  Christopher P. Welsh, James R. Welsh and the firm of Welsh & Welsh, P.C., L.L.O., have entered an appearance for Palma (Filing No. 25).  This matter had been scheduled for a change of plea before the undersigned magistrate judge on April 27, 2005 (Filing No. 23).  Mr. Hall represents that Palma now wishes to proceed to trial.  Accordingly,

**IT IS ORDERED:**

1.      Mr. Hall's motion to withdraw (Filing No. 24) is granted.

2.      Mr. Hall shall submit his final CJA voucher to the Office of the Federal Public Defender within forty-five (45) days of this order.  The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

3..     The change of plea hearing scheduled for April 27, 2005, is canceled.

4.      Trial of this matter is scheduled before Judge Laurie Smith Camp and a jury commencing **at 8:30 a.m. on May 17, 2005**, in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 21st day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge