# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04CR422** |
| vs. | ) | |
| | ) | **ORDER** |
| **JOHN PALMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's MOTION TO CONTINUE TRIAL (#28). Trial is now set for May 17, 2005. The motion alleges good cause for a continuance and the defendant has filed a waiver of speedy trial in accordance with the court's earlier order. Accordingly,

**IT IS ORDERED** that defendant's MOTION TO CONTINUE TRIAL (#28) is granted, as follows:

1. The jury trial now set for May 17, 2005 is continued to **Tuesday, July 19, 2005** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 17, 2005 and July 19, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to counsel's scheduling conflict. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED May 9, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**