# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:04CR422** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHN PALMA,** | ) | |
| | ) | |
| Defendant. | ) | |

A conflict hearing under Fed. R. Crim. P. 44(c) will be held at the same time as the arraignment on the Superseding Indictment, at **1:30 p.m. on July 15, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for the hearing.

DATED this 30th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge