# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:04CR422** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHN PALMA and** | ) | |
| **KATHLEEN PALMA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Unless specifically requested by a party for good cause, the arraignment on the Second Superseding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

**IT IS SO ORDERED.**

DATED this 22nd day of September, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge