IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:04CR422 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **JOHN PALMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline for filing a notice of appeal from the order denying the Defendant's motion for new trial (Filing No. 94).

The motion is premature, as an appeal may not be filed until 10 days after final judgment is entered.  Fed. R. App. P. 4(b)(1)(A)(i).

IT IS ORDERED that the Defendant's motion to extend the deadline for filing a notice of appeal (Filing No. 94) is denied.

DATED this 9th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge