IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR422 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | ORDER |
| JOHN PALMA, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date (Filing No. 100) and supporting brief (Filing No. 101). The motion is opposed (Filing No. 107).

Defense counsel represents that the Defendant is to report on May 9, 2006.

The motion is denied. The Defendant has not met the threshold of showing that the appeal raises a substantial question of law or fact likely to result in reversal, an order for a new trial, or a sentence that does not include a term of imprisonment. 18 U.S.C. § 3143(b)(1)(B).

IT IS ORDERED that the Defendant's motion to extend his self-surrender date (Filing No. 100) is denied.

DATED this 1st day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge